## CARON CORPORATION v. HENRI MURAOUR & CIE.

(Court of Appeals of District of Columbia. Submitted May 11, 1926. Decided June 1, 1926.)

No. 1850.

Trade-marks and trade-names and unfair competition ⟷43—Trade-mark "Narcisse Bleu" held not deceptively similar to trade-mark "Le Narcisse Noir," both being used on perfumes, word "Narcisse" being descriptive.

Trade-mark "Narcisse Bleu" *held* not deceptively similar to trade-mark "Le Narcisse Noir," used in both instances on perfumes; the word "Narcisse" being the French word for narcissus, and, as applied to perfumes, is descriptive, and subject to use by either party in manner not deceptively similar.

Appeal from the Commissioner of Patents.

Application by Henri Muraour & Cie. for registration of trade-mark, opposed by the Caron Corporation. From a decision dismissing the opposition, the opposer appeals. Affirmed.

Donald U. Rich, of Washington, D. C., for appellant.

E. T. Fenwick and W. E. Lamb, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and BAILEY, Justice of the Supreme Court of the District of Columbia.

ROBB, Associate Justice. Appeal from concurrent decisions of the tribunals of the Patent Office dismissing appellant's opposition to the registration by appellee of the trade-mark "Narcisse Bleu," for use on perfumery products; the basis of the application being a registration in France.

The opposer relied upon prior trade-mark use on the same class of goods of the mark "Le Narcisse Noir." The Patent Office ruled that "Narcisse," being the French word for narcissus, necessarily is descriptive as applied to perfumes. We concur in this view. See Le Blume Import Co. v. Coty (C. C. A.) 293 F. 344. Opposer, by selecting such descriptive term, assumed the risk that others might also use it, provided their use was not deceptively similar to that of opposer. We agree with the Patent Office that, inasmuch as each party has the right to use "Narcisse," "Narcisse Bleu" and "Narcisse Noir" are not deceptively similar. The decision therefore is affirmed.

Affirmed.